**Ora L. HUKILL, Appellant,**

**v.**

**Edwin V. SPROWL, Appellee.**

Court of Appeals of Kentucky.

Nov. 12, 1954.

M. Joseph Schmitt, and Allen Schmitt, Louisville, for appellant.

Hardy & Logan, Louisville, for appellee.

PER CURIAM.

We are affirming the judgment in this case for $1,340 because we think the appellee's motion to limit defenses was timely made and properly sustained.

The motion for an appeal is overruled and the judgment is affirmed.